UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DAVID DWAYNE HOPKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.: 3:11-CR-47-TAV-HBG-1 |
| | ) | 3:16-CV-620-TAV |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

For the reasons expressed in the accompanying memorandum opinion filed herewith, it is

**ORDERED** and **ADJUDGED** that Petitioner's § 2255 motion [Doc. 41] be and hereby is

**GRANTED**. That portion of the Judgment imposed on December 19, 2011 [Doc. 25], which

had imposed a term of imprisonment of 180 months at count one of the indictment is

**VACATED** and Petitioner's sentence is corrected and reduced to a sentence of "time served" at

count one of the indictment. This order shall take effect 10 days from its entry so as to give the

Bureau of Prisons time to process Petitioner's release. The Judgment imposed on December 19,

2011 [Doc. 25] further is **AMENDED** to reflect a term of supervised release of 3 years at count

one of the indictment. In all other respects, the judgment dated December 19, 2011 [Doc. 25],

shall remain in full force and effect. The Clerk's Office is **DIRECTED** to prepare an amended

judgment and to **CLOSE** the civil case.

  **IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT